FILED
 2008 Jun-23 AM 09:58
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ALBERT JAMES EVANS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **Case Number: CV 08-S-112-S** |
| ) | |
| **WARDEN KENNETH JONES** ) | |
| **AND THE ATTORNEY GENERAL** ) | |
| **FOR THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

This case is before the court on the petition for writ of habeas corpus filed by petitioner, Albert James Evans, pursuant to 28 U.S.C. § 2254. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and the action dismissed. Petitioner filed objections on June 12, 2008 (doc. no. 12).

The court has considered the entire file in this action, including the report and recommendation and the petitioner's objections thereto, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

Consequently this habeas petition is due to be dismissed. An appropriate order will be entered.

DONE this 23rd day of June, 2008.

_____
United States District Judge